1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11   JACQUELINE HIGHBAUGH, an                 Case No.: 21-CV-1882 JLS (WVG)
     individual,
12                                            **ORDER DENYING PLAINTIFF'S**
                                Plaintiff,    **MOTION**
13
14   v.                                       (ECF No. 5)

15   BAY VISTA HOUSING PARTNERS LP;
     LOGAN SQUARE HOUSING
16   PARTNERS; LOGAN PROPERTY
     MANAGEMENT; and ALICIA
17   HERNANDEZ,

18                              Defendants.

19

20        Presently before the Court is *pro se* Plaintiff Jacqueline Highbaugh's Motion to

21   Submit Exhibit C ("Mot.," ECF No. 5).  The Motion consists of a list of California penal

22   code sections without explanation and the proposed "Exhibit C."  Exhibit C appears to be

23   filings by Defendants in the state court action between the Parties.

24        On December 6, 2021, the Court granted Plaintiff leave to proceed in forma pauperis

25   and screened her Complaint pursuant to 28 U.S.C. § 1915(a).  ECF No. 3.  The Court found

26   that it lacked subject matter jurisdiction over Plaintiff's Complaint and dismissed the

27   Complaint without prejudice.  *Id.* at 7.  The Court granted Plaintiff thirty days to file an

28   ///

1  amended complaint; however, she has not yet done so.  Without an operative complaint,

2  this case remains closed.  Therefore, the Court **DENIES** Plaintiff's Motion to file exhibits.

3      Plaintiff must file an amended complaint that is complete in itself, without reference

4  to Plaintiff's original Complaint, **by January 5, 2022**, to have her case reopened.

5      **IT IS SO ORDERED.**

6  Dated:  December 16, 2021

7  Hon. Janis L. Sammartino
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28